# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3060
_____

SOCORRO D. ROJAS-CASTRO,

Appellant,

v.

BANK OF AMERICA, N.A.,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Kevin Blazs, Judge.

November 21, 2018


PER CURIAM.

DISMISSED.

LEWIS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Socorro D. Rojas-Castro, pro se, Appellant.

No appearance for Appellee.